**THE O'MARA LAW FIRM, P.C.**
David C. O'Mara (Nevada Bar No. 8599)
311 East Liberty Street Reno, NV 89501
Telephone: (775) 323-1321
Facsimile: (775) 323-4082

**FINKELSTEIN, BLANKINSHIP FREI-PEARSON & GARBER, LLP**
Todd S. Garber*
Andrew C. White*
One North Broadway, Ste 900
White Plains, New York 10601
Email: tgarber@fbfglaw.com
Email: awhite@fbfglaw.com
Telephone: (914) 298-3283

*pro hac vice forthcoming*

Counsel for Plaintiff Janice Angel

**KAZEROUNI LAW GROUP, APC**
Gustavo Ponce (NV Bar No. 15084)
Mona Amini (NV Bar No. 15381)
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: mona@kazlg.com
E-mail: gustavo@kazlg.com

**SIRI & GLIMSTAD LLP**
Mason A. Barney, Esq.*
Tyler J. Bean, Esq.*(pro hac vice)*
745 Fifth Avenue, Suite 500
New York, New York 10151
Telephone: (212) 532-1091
E-mail: mbarney@sirillp.com
E-mail: tbean@sirillp.com

*pro hac vice forthcoming*

Counsel for Plaintiff Tracy Cowherd

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

In re: MY DAILY CHOICE, INC. Data Breach Litigation

Lead Case No. 3:24-cv-00254-ART-CSD

**ORDER GRANTING STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE CONSOLIDATED CLASS ACTION COMPLAINT AND DEFENDANT'S RESPONSE TO THE CONSOLIDATED COMPLAINT**

**(First Request)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs JANICE ANGEL and TRACEY COWHERD ("Plaintiffs") and Defendant MY DAILY CHOICE, INC. ("Defendant"), collectively, "the Parties" by and through their counsel of record, that the deadline for Plaintiffs to file their Consolidated Class Action Complaint shall be extended to September 26, 2024 and the Deadline for Defendant to file its answer or responsive pleading to the Complaint shall be extended to November 10, 2024.

Defendant expressly reserves all rights, remedies, defenses, objections, and legal arguments, including, but not limited to, its right to move to compel arbitration, its right to move to dismiss any individual or consolidated complaint, its right to challenge joinder of plaintiffs to one another, its right to oppose class certification on any grounds, its rights to oppose consolidation in any other forum or further consolidation in this forum, and its right to file a motion or motions for summary judgment, among others.

/ / /

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE CONSOLIDATED CLASS ACTION COMPLAINT AND DEFENDANT'S RESPONSE TO THE CONSOLIDATED COMPLAINT

This is the first stipulation for extension of time for Plaintiffs to file a Consolidated Class Action Complaint and Defendant to file an answer or a responsive pleading to the Consolidated Complaint.  This extension of time is needed for Plaintiffs and Defendant to conduct resolution discussions and factual investigations, is limited to thirty (30) days, and is sought by the Parties in good faith and not for reasons of delay.

Respectfully submitted on August 23, 2024.

By: /s/ David C. O'Mara
**THE O'MARA LAW FIRM, P.C.**
David C. O'Mara (Nevada Bar No. 8599)
311 East Liberty Street Reno, NV 89501
Telephone: (775) 323-1321

*Counsel for Plaintiff Janice Angel*

By: /s/ Jared M. Sechrist
**GARMAN TURNER GORDON LLP**
Erika Pike Turner (NV Bar No. 6454)
Jared M. Sechrist (NV Bar No. 10439)
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000

*Counsel for My Daily Choice, Inc.*

By: /s/ Mona Amini
**KAZEROUNI LAW GROUP, APC**
Gustavo Ponce (NV Bar No. 15084)
Mona Amini (NV Bar No. 15381)
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808

*Counsel for Plaintiff Tracy Cowherd*

## ORDER

**IT IS SO ORDERED.**

DATED:  August 26, 2024.

HON. ANNE R. TRAUM
U.S. DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE CONSOLIDATED CLASS ACTION COMPLAINT AND DEFENDANT'S RESPONSE TO THE CONSOLIDATED COMPLAINT

1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel/parties of record. I hereby certify that no other parties are to receive notice.

Dated: August 23, 2024                    /s/ Mona Amini
                                          _____
                                              Mona Amini

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE CONSOLIDATED CLASS ACTION COMPLAINT AND DEFENDANT'S RESPONSE TO THE CONSOLIDATED COMPLAINT