**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: MY DAILY CHOICE, INC. Data Breach Litigation | Lead Case No. 3:24-cv-00254-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE CONSOLIDATED CLASS ACTION COMPLAINT AND DEFENDANT'S RESPONSE TO THE CONSOLIDATED COMPLAINT**<br><br>**(Second Request)** |

1

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs JANICE ANGEL and TRACEY COWHERD ("Plaintiffs") and Defendant MY DAILY CHOICE, INC. ("Defendant"), collectively, "the Parties" by and through their counsel of record, that the deadline for Plaintiffs to file their Consolidated Class Action Complaint shall be extended to October 26, 2024, and the Deadline for Defendant to file its answer or responsive pleading to the Complaint shall be extended to December 10, 2024.

Defendant expressly reserves all rights, remedies, defenses, objections, and legal arguments, including, but not limited to, its right to move to compel arbitration, its right to move to dismiss any individual or consolidated complaint, its right to challenge joinder of plaintiffs to one another, its right to oppose class certification on any grounds, its rights to oppose consolidation in any other forum or further consolidation in this forum, and its right to file a motion or motions for summary judgment, among others.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This is the second stipulation for extension of time for Plaintiffs to file a Consolidated Class Action Complaint and Defendant to file an answer or a responsive pleading to the Consolidated Complaint. This extension of time is needed to allow the Parties to continue to engage in good-faith settlement negotiations and not for reasons of delay.

Respectfully submitted on September 27, 2024.

By: */s/ David C. O'Mara*
**THE O'MARA LAW FIRM, P.C.**
David C. O'Mara (NV Bar No. 8599)
311 East Liberty Street
Reno, NV 89501
Telephone: (775) 323-1321

*Counsel for Plaintiff Janice Angel*

By: */s/ Mona Amini*
**KAZEROUNI LAW GROUP, APC**
Gustavo Ponce (NV Bar No. 15084)
Mona Amini (NV Bar No. 15381)
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808

*Counsel for Plaintiff Tracy Cowherd*

By: */s/ Jared M. Sechrist*
**GARMAN TURNER GORDON LLP**
Erika Pike Turner (NV Bar No. 6454)
Jared M. Sechrist (NV Bar No. 10439)
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000

*Counsel for My Daily Choice, Inc.*

**IT IS SO ORDERED.**

DATED September 30, 2024.

_____
HON. ANNE R. TRAUM
U.S. DISTRICT COURT JUDGE

3