# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: MY DAILY CHOICE, INC. Data Breach Litigation | Lead Case No. 3:24-cv-00254-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO FILE CONSOLIDATED CLASS ACTION COMPLAINT AND DEFENDANT'S RESPONSE TO THE CONSOLIDATED COMPLAINT**<br>**(THIRD REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs JANICE ANGEL and TRACEY COWHERD ("Plaintiffs") and Defendant MY DAILY CHOICE, INC. ("Defendant"), collectively, "the Parties" by and through their counsel of record, that the deadline for Plaintiffs to file their Consolidated Class Action Complaint shall be extended to November 25, 2024, and the Deadline for Defendant to file its answer or responsive pleading to the Complaint shall be extended to January 9, 2025.

Defendant expressly reserves all rights, remedies, defenses, objections, and legal arguments, including, but not limited to, its right to move to compel arbitration, its right to move to dismiss

any individual or consolidated complaint, its right to challenge joinder of plaintiffs to one another, its right to oppose class certification on any grounds, its rights to oppose consolidation in any other forum or further consolidation in this forum, and its right to file a motion or motions for summary judgment, among others.

This is the third stipulation for extension of time for Plaintiffs to file a Consolidated Class Action Complaint and Defendant to file an answer or a responsive pleading to the Consolidated Complaint. This extension of time is needed to allow the Parties to continue to engage in good-faith settlement negotiations and not for reasons of delay.

Dated this 28th day of October 2024.

*/s/ Mona Amini*
**KAZEROUNI LAW GROUP, APC**
Mona Amini
Nevada Bar No. 15381
Gustavo Ponce
Nevada Bar No. 15084
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113

*/s/ David C. O'Mara*
**THE O'MARA LAW FIRM, P.C.**
David C. O'Mara (NV Bar No. 8599)
311 East Liberty Street
Reno, NV 89501
Telephone: (775) 323-1321

*Attorneys for Plaintiffs Janice Angel And Tracy Cowherd*

Dated this 28th day of October 2024.

*/s/ Jared M. Sechrist*
**GARMAN TURNER GORDON LLP**
ERIKA PIKE TURNER
Nevada Bar No. 6454
JARED M. SECHRIST
Nevada Bar No. 10439
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

*Attorneys for Defendant, My Daily Choice, Inc.*

**IT IS SO ORDERED**.

DATED: October 29, 2024

_____
HON. ANNE R. TRAUM
U.S. DISTRICT COURT JUDGE